# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAHE YAGHMURYAN, AN INDIVIDUAL; GAYANE AVAGYAN, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; LAD-MB, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND DOES 1 THROUGH 30, INCLUSIVE,<br><br>Defendants. | Case No. 2-23-CV-02197-AB (AFMx)<br><br>**JUDGEMENT RE: PLAINTIFFS' ATTORNEY'S FEES, COSTS, AND EXPENSES**<br><br>Judge: Hon. André Birotte Jr. |

On November 21, 2023, the Court issued its Order Granting Motion for Attorney's Fees and Costs (Dkt. 24) ("Order") awarding Plaintiffs $17,963.00 in attorneys' fees, and $2,393.47 in costs and expenses.

Defendant must Plaintiffs' attorney's fees, costs, and expenses, in the total amount of $20,356.47 within forty-five (45) days of the issuance of this order.

**IT IS SO ORDEREED.**

DATED: December 19, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE